UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID W. BATHKE,<br><br>               Plaintiff,<br><br>    v.<br><br>CITY OF OCEAN SHORES, et al.,<br><br>               Defendants. | Case No. CV19-5338BHS<br><br>ORDER CONTINUING TRIAL |

      Based on General Orders No. 01-20, 02-20, and 07-20 issued in response to the continuing outbreak of Coronavirus Disease 2019 (COVID-19), the Court determines that trial in this case cannot proceed on the currently scheduled date of June 16, 2020. General Order No. 07-20 provides that all civil and criminal hearings and trial dates in the Seattle and Tacoma Courthouses scheduled to occur before July 1, 2020 are continued pending further order of the Court. The need to protect the public health and safety of all those entering and working in the Courthouse as detailed in General Order No. 02-20 and incorporated in General Order No. 07-20 constitutes good cause to modify the scheduling order pursuant to Federal Rule of Civil Procedure 16(b)(4).

      IT IS THEREFORE ORDERED that the trial date and other dates shall be continued.

      The trial date of June 16, 2020, and all other upcoming dates in this case, are hereby

VACATED.

The parties shall file a Joint Status Report on or before July 1, 2020, with an agreed proposed trial date. The parties shall consult with the Courtroom Deputy regarding possible trial dates. If the parties do not agree on a proposed date, each side shall set forth, in a single report, separate proposals for the trial date. Once a trial date is identified, the Court will set the pretrial deadlines in accordance with its standard procedures.

If the parties believe that the pretrial conference or other anticipated hearings may be effectively conducted by video/teleconference, they may identify those hearings in the Joint Status report.

IT IS SO ORDERED.

Dated this 15th day of April, 2020.

BENJAMIN H. SETTLE
United States District Judge