UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID W. BATHKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OCEAN SHORES, et al.,<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. CV19-5338BHS |

___ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came to consideration before the Court following a non-jury trial. The issues have been considered and a decision has been rendered.

　　　　The Court, having found in favor of Plaintiff David W. Bathke, has ordered that judgment is entered as follows:

　　　　Judgment is awarded in favor of Plaintiff David W. Bathke against Defendant City of Ocean Shores in the amount of $734,376.50.

　　　　Dated this 16th day of April 2021.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　Gretchen Craft
　　　　　　　　　　　　　　　　　Deputy Clerk

JUDGMENT - 1